# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.G., Individually and on Behalf of JANE DOE<br><br>Plaintiff,<br><br>vs.<br><br>RUSTIC PATHWAYS, LLC, a corporation; SABOT FAMILY COMPANIES, a corporation; JOHN ROE, an individual; B.A., an individual; C.A., an individual; and DOES 1-10,<br><br>Defendant(s). | Case No.: 5:22-cv-05666-EJD<br><br>[proposed] ORDER re:<br>*PLAINTIFF'S MOTION TO PROCEED USING INITIALS "J.G." AND PSEUDONYM "JANE DOE" FOR HER MINOR DAUGHTER*<br><br><s>DATE: March 16, 2023</s><br><s>TIME: 9:00 a.m.</s><br><s>CRTM: 5, Fifth Fl. (San Jose Courthouse)</s><br><br>Hon. Edward J. Davila |

Having considered Plaintiff's Motion to Proceed Using Initials "J.G." and Pseudonym "Jane Doe" for Her Minor Daughter, along with all attendant briefing and arguments, and good cause having been shown, IT IS HEREBY ORDERED THAT Plaintiff may proceed in this case under the initials of "J.G." and her daughter under the pseudonym of "Jane Doe."

DATED:   January 6  , 2023

Hon. Edward J. Davila
UNITED STATES DISTRICT
COURT JUDGE

[proposed] ORDER re: PLAINTIFF'S MOTION TO PROCEED USING INITIALS "J.G." AND PSEUDONYM "JANE DOE" FOR HER MINOR DAUGHTER